IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SANDRA CARTER, on behalf of herself
and all other similarly situated individuals                                PLAINTIFF

v.                              No. 4:16-cv-296-DPM

MERIDIAN FINANCIAL
SERVICES INC.                                                               DEFENDANT

JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*24 January 2017*